UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
December 01, 2014
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RYAN BROOKS,

    Defendant.

Case No. 2:14-mj-00282-CKD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>RYAN BROOKS</u>,

Case No. <u>2:14-mj-00282-CKD</u> from custody for the following reasons:

\_\_\_\_ Release on Personal Recognizance

**X** Bail Posted in the Sum of $ <u>25,000</u>

    **X** Unsecured Appearance Bond $ <u>25,000, cosigned by mother</u>

    \_\_\_\_ Appearance Bond with 10% Deposit

    \_\_\_\_ Appearance Bond with Surety

    \_\_\_\_ Corporate Surety Bail Bond

    **X** (Other): <u>Pretrial conditions</u>

Issued at Sacramento, California on December 01, 2014 at 2:15 PM

By: *[signature]*

Magistrate Judge Carolyn K. Delaney